UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  06-61251-CIV-SEITZ/ O'SULLIVAN

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DAWN M. SCHLEGEL, and
SANDRA L. HATFIELD,

        Defendants.
_____/

## PLAINTIFF'S STATUS REPORT ON CRIMINAL PROCEEDINGS

        Plaintiff Securities and Exchange Commission, pursuant to this Court's Order Requesting Status Report of Criminal Proceedings (D.E. 12), hereby notifies the Court the trial in the parallel criminal proceeding against Defendant Hatfield (E.D.N.Y. Case No. 2:06-cr-00550-JS) is proceeding and still on the government's case.  The United States Attorney's Office for the Eastern District of New York reports the District Judge has informed the jury it will receive the case for deliberations in June 2010.   Defendant Schlegel has not yet received a sentencing date in that case.

March 25, 2010                        Respectfully submitted,

                                        By:    s/Scott A. Masel
                                              Scott A. Masel, Esq.
                                              Florida Bar No. 0007110
                                              Direct Dial:  (305) 982-6398
                                              masels@sec.gov

                                              Attorneys for Plaintiff
                                              **SECURITIES AND EXCHANGE**
                                              **COMMISSION**
                                              801 Brickell Avenue, Suite 1800
                                              Miami, Florida  33131

Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 25, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Scott A. Masel
Scott A. Masel

## SERVICE LIST
Securities and Exchange Commission v. Dawn M. Schlegel and Sandra L. Hatfield
Case No. 06-61251-CIV-SEITZ/O'SULLIVAN
United States District Court, Southern District of Florida

Roland Riopelle, Esq.
*Sercarz & Riopelle, LLP*
152 W. 57th St.
New York, NY 10019
Telephone:  (212) 586-4900
Facsimile:  (212) 586-1234
Attorney for Sandra L. Hatfield
*Via First Class U.S. Mail*

Steve Kobre, Esq.
*Kobre & Kim*
800 Third Avenue
New York, NY  10022
Telephone:  (212) 488-1200
Facsimile:  (212) 488-1220
Attorneys for Dawn Schlegel
*Via First Class U.S. Mail*

Richard Lunger
Assistant United States Attorney
Eastern District of New York

United States Attorney's Office
610 Federal Plaza
Central Islip, New York 11722
Telephone: (631) 715-7870
Facsimile: (631) 715-7922
*Via First Class U.S. Mail*

                                                s/Scott A. Masel
                                                Scott A. Masel, Esq.